**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01727-SBP

HAMZA SOULEIMAN HABIB,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility,
GEORGE VALDEZ, in his official capacity as Acting Field Office Director, Denver Field Office, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security,
TODD BLANCHE, in his official capacity as Acting U.S. Attorney General,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of Magistrate Judge Susan Prose entered on May 14, 2026, [ECF No. 11], May 20, 2026, [ECF No. 13] and June 9, 2026, [ECF No. 15], it is

ORDERED that the Petition for Writ of Habeas Corpus 28 U.S.C. § 2241. [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 9th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/   M. Smotts

M. Smotts, Deputy Clerk